IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR RUSSELL** | : | CIVIL ACTION NO. 1:13-cv-1646 |
| **Plaintiff** | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| **LOWER PAXTON TOWNSHIP** | : | |
| **POLICE DEPARTMENT, et al.** | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a July 1, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED.

3) The Plaintiff's complaint is dismissed without prejudice to plaintiff endeavoring to correct the defects cited in the report, provided that the plaintiff acts within 20 days of the date of this order.

4) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

5) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Carlson.

                                                               s/ Yvette Kane
                                                               YVETTE KANE, Chief Judge
                                                               United States District Court

Dated: July 19, 2013